455 A.2d 200
Commonwealth v. Demel, Appellant.

Submitted February 24, 1982. Albert Joseph Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

455 A.2d 200
Commonwealth v. Dickerson, Appellant.

Submitted November 3, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

The judgment of sentence is affirmed.